**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** *Plaintiff* | § § | |
| **v.** | § § | **Case No. 1:25-CR-567-RP** |
| **KEVIN WAYNE THOMPSON,** *Defendant* | § § | |

**ORDER**

Now before the Court is Defendant Kevin Wayne Thompson's Emergency Motion/Request for Court-Appointed Appellate Counsel and Substitution of Attorney due to Conflict of Interest, filed October 5, 2026. Dkt. 44. On October 13, 2026, the Honorable Robert Pitman referred the Motion to this Magistrate Judge for resolution, pursuant to 18 U.S.C. § 3006A(b), 28 U.S.C. § 636(b)(1)(A), and Rule 44 of the Federal Rules of Criminal Procedure. Dkt. 45.

Final judgment was entered on September 17, 2026, and Defendant filed a notice of appeal to the United States Court of Appeals for the Fifth Circuit through his retained counsel, Amber Vazquez. Dkts. 41, 43. On October 14, 2026, the Court held a hearing on the Motion at which Ms. Vazquez and Defendant were present, and Defendant requested appointment of counsel to represent him on appeal.

Having considered Defendant's Motion for Court-Appointed Appellate Counsel, this Magistrate Judge finds that there is good cause to grant the Motion and appoint counsel, and that Defendant has received notice. **IT IS THEREFORE ORDERED** that Defendant's Emergency Motion/Request for Court-Appointed Appellate Counsel and Substitution of Attorney due to Conflict of Interest (Dkt. 43) is **GRANTED**.

Defendant is detained and has been sentenced to a term of imprisonment. At the hearing, Defendant satisfied the Court that he is financially unable to employ appellate counsel, and the Court finds that the interests of justice require that counsel be appointed to represent him on appeal.

Accordingly, **IT IS FURTHER ORDERED** that **SUSANNAH ELIZABETH PRUCKA #24076105** is hereby **APPOINTED** to represent Defendant on appeal.

**SIGNED** on October 14, 2026.

SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE